1  Daniel Sakaguchi (CA Bar No. 222722)
   dsakaguchi@armstrongteasdale.com
2  Armstrong Teasdale LLP
   7700 Forsyth Blvd. Suite 1800
3  St. Louis, MO 63105
   Telephone: (314) 621-5070
4  Facsimile: (314) 621-5065

5  Attorney for Plaintiff
   MONETA GROUP, LLC

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| MONETA GROUP, LLC, | Case No. |
| Plaintiff, | **COMPLAINT FOR TRADEMARK INFRINGEMENT** |
| vs. | **DEMAND FOR JURY TRIAL** |
| MONETA VENTURES, LLC, | |
| Defendant. | |

Plaintiff Moneta Group, LLC, a Missouri limited liability company, for its Complaint against Defendant Moneta Ventures, LLC, alleges as follows:

**Preliminary Statement**

1. This action arises out of acts of trademark infringement and unfair competition by Defendant Moneta Ventures, LLC in its unauthorized use of Plaintiff's MONETA marks.

2. Injunctive relief, among other remedies, is necessary because Defendant is using a nearly identical and undoubtedly confusingly similar trade name and trademark without regard to Plaintiff's senior rights.

3. Defendant continues to use the accused name and marks despite objections by Plaintiff.

## The Parties

4. Plaintiff Moneta Group, LLC ("Plaintiff" or "Moneta Group") is a limited liability company duly organized and existing under the laws of the State of Missouri, with its executive offices at 100 South Brentwood Blvd., Clayton, Missouri 63105. Plaintiff has clients in many states, including California.

5. Defendant Moneta Ventures, LLC ("Defendant" or "Moneta Ventures") is, upon information and belief, a company duly organized and existing under the laws of the State of Delaware, with its principal place of business at 785 Orchard Drive, Suite 150, Folsom, CA 95630.

## Jurisdiction & Venue

6. This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121; 28 U.S.C. § 1331, § 1338(a) and (b) over the claims arising under 15 U.S.C. §§ 1114 and 1125, and supplemental jurisdiction over the claims arising under the statutory and common law of the State of California pursuant to 28 U.S.C. § 1367(a) because the state law claims are so related to the federal claims that they form part of the same case in controversy.

7. The Court has personal jurisdiction over Defendant because Defendant has transacted business in this judicial District, including under the MONETA mark.

8. Venue is proper in this district under 28 U.S.C. § 1391(b)(1) and/or (2) because: Defendant resides in this District pursuant to § 1391(c)(2) and (d); a substantial part of the events giving rise to the claims occurred in this District; and Defendant is subject to personal jurisdiction in this District.

## Moneta Group's Marks

9. Founded in 1869, Moneta Group is a wealth management firm providing financial planning services including capital investment, portfolio management, insurance consultation, advising and consulting on employee benefit plans, estate planning, and estate administation.

10. Moneta Group is well-known and well-respected in the financial services industry and has received awards establishing its prominent position in the industry, including placement

in national rankings for top independent advisory firms in the nation.

11. Moneta Group has clients across the country, including in California, where Moneta Ventures is located.

12. The trademarks Moneta Group uses with regard to its financial services are registered with the United States Patent and Trademark Office ("USPTO"), including:

- MONETA GROUP (Reg. No. 2,472,680 issued July 31, 2001 and already incontestable, claiming first use of September 24, 1998); and

- MONETA TRUST (Reg. No. 4,436,871, issued November 19, 2013 and claiming first use of February 8, 2011).

13. The foregoing registered MONETA marks are valid and subsisting, unrevoked and uncancelled, and Moneta Group is the owner of all rights therein, and copies of registration certificates for said marks are attached hereto and made a part hereof as Exhibit A.

14. As a result of Moneta Group's long and successful use of the foregoing registered MONETA marks and variations used at common law (the "MONETA Marks"), consumers have come to recognize the name MONETA and Moneta's broad range of financial services offered under the name MONETA, and variations thereof, as identifying Moneta Group as the sole source of Moneta Group's financial related services, and as distinguishing them from other related firms.

**Defendant Moneta Ventures' Infringing Activities**

15. Upon information and belief, in May of 2014, Moneta Ventures first adopted the name "Moneta Ventures" to be used as the public name for it venture capital firm.

16. At the time it first adopted the name "Moneta Ventures," Defendant had constructive notice of Moneta Group's ownership and exclusive rights to Plaintiff's mark MONETA for a broad range of financial related services as early as 2001 upon the U.S. Patent and Trademark Office issuing Reg. No. 2,472,680 to Plaintiff for its MONETA GROUP mark.

17. Upon information and belief, at the time it first adopted the name "Moneta Ventures, LLC," Moneta Ventures had actual knowledge of Plaintiff's prior use of the trademark MONETA and variations thereof, including for financial related services.

PLAINTIFF MONETA GROUP LLC'S COMPLAINT - 3 -

18. On information and belief, Defendant is a venture capital firm that makes financial investments in a wide range of companies.

19. Upon information and belief, since 2014, notwithstanding its actual knowledge and awareness of Moneta Group's prior and superior rights in its name and mark MONETA, Moneta Ventures has significantly grown its business.

20. By letter dated June 21, 2016, Plaintiff put Defendant on notice that Defendant's increasing use of the name MONETA in connection with financial investments is increasingly likely to cause consumer confusion in violation of Plaintiff's prior and superior rights. A copy of this letter is annexed hereto and made a part hereof as Exhibit B.

21. In June 2016, Plaintiff therefore put Defendant on notice of the apparent infringement of Plaintiff's name and mark and requested that Defendant cease use of the name MONETA.

22. In response to Plaintiff's notice to Defendant, in July 2016, Defendant took the position that there was no likelihood of confusion.

23. Having received no response from Defendant, Plaintiff's counsel followed up with Defendant's counsel by email on or about September 29, 2016.

24. In its September 29, 2016 response, Moneta Ventures restated their position that no likelihood of confusion existed and would be unwilling to change the name of their venture fund moving forward.

25. The parties continued to correspond, but no resolution of the dispute was reached.

26. Defendant's use of the name and mark MONETA, alone and in combination with other elements, including the domain name monetaventures.com, in connection with financial services, has caused actual confusion and is likely to continue to cause confusion as to the source, sponsorship or affiliation of such services.

27. Such confusion is likely to damage Plaintiff's ability to control the nature and quality of its services and the goodwill and reputation associated with Plaintiff's MONETA Marks.

28. Despite its actual knowledge of Plaintiff's ownership and prior use of the mark MONETA, Moneta Ventures adopted and has continued to use the name and mark MONETA without Plaintiff's authorization or consent, such that Defendant's actions complained of herein have been deliberate and willful.

29. Notwithstanding Plaintiff's warning letter and notices to Defendant, Defendant has continued to refuse to cease use of the name and mark MONETA.

## FIRST CAUSE OF ACTION

### [Trademark Infringement Under 15 U.S.C. § 1114(1)]

30. Plaintiff realleges and incorporates by reference Paragraphs 1 through 29 as though fully set forth herein.

31. Defendant's unauthorized use in commerce of Plaintiff's Registered Marks, alone and in combination with other elements, including MONETA VENTURES, and the domain name monetaventures.com, is likely to cause confusion, or to cause mistake, or to deceive and has already done so.

32. Defendant's unauthorized use in commerce of Plaintiff's Registered Marks, alone and in combination with other elements, including MONETA VENTURES, and the domain name monetaventures.com, is likely to suggest an affiliation, connection or association between Defendant and Plaintiff, when none actually exists.

33. The foregoing conduct of Defendant constitutes trademark infringement in violation of 15 U.S.C. § 1114(1).

34. On information and belief, Defendant's infringement has been willful and in bad faith, making this an exceptional case under 15 U.S.C. § 1117.

35. Defendant's conduct has caused and is causing irreparable harm to Plaintiff, to its business, and to the goodwill represented thereby, in an amount that cannot be ascertained at this time.

36. Unless enjoined, Defendant's actions will continue to damage Plaintiff and public, leaving Plaintiff with no adequate remedy at law.

37. By reason of the foregoing, Plaintiff is entitled to injunctive relief against Defendant.

38. Plaintiffs are also entitled to recover damages resulting from Defendant's infringement.

## SECOND CAUSE OF ACTION

### [Unfair Competition and False Designation Under 15 U.S.C. § 1125(a)]

39. Plaintiff realleges and incorporates by reference Paragraphs 1 through 38 as though fully set forth herein.

40. Defendant's unauthorized use in commerce of Plaintiff's Registered Marks, alone and in combination with other elements, including MONETA VENTURES and the domain name monetaventures.com, is likely to cause confusion, to cause mistake, and to mislead the relevant public as to the affiliation, connection or association of Defendant or its services with Plaintiff and its services offered under Plaintiff's MONETA Marks in violation of 15 U.S.C. § 1125(a).

41. On information and belief, Defendant's actions have been willful and in bad faith, making this an exceptional case under 15 U.S.C. § 1117.

42. Defendant's conduct has caused and is causing irreparable harm to Plaintiff, to its business, and to the goodwill represented thereby, in an amount that cannot be ascertained at this time.

43. Unless enjoined, Defendant's actions will continue to damage Plaintiff and public, leaving Plaintiff with no adequate remedy at law.

44. By reason of the foregoing, Plaintiff is entitled to injunctive relief against Defendant.

45. Plaintiff is also entitled to recover damages resulting from Defendant's unfair competition.

## THIRD CAUSE OF ACTION

### [Common Law Trademark Infringement and Unfair Competition]

46. Plaintiff realleges and incorporates by reference Paragraphs 1 through 45 as though fully set forth herein.

47. Plaintiff owns and enjoys common law rights to its Marks in California. These rights are superior to any rights Defendant may claim to the Marks.

48. Defendant's unauthorized use in commerce of Plaintiff's Registered Marks, alone and in combination with other elements, including MONETA VENTURES and the domain name monetaventures.com, is likely to cause confusion, to cause mistake, and to mislead the relevant public as to the affiliation, connection or association of Defendant or its services with Plaintiff and its services offered under the MONETA Marks.

49. The foregoing conduct constitutes infringement of Plaintiff's common law rights and further constitutes unfair competition in violation of the common law of the State of California.

50. On information and belief, Defendant's actions have been deliberate and willful.

51. Defendant's conduct has caused and is causing irreparable harm to Plaintiff, to its business, and to the goodwill represented thereby, in an amount that cannot be ascertained at this time.

52. Unless enjoined, Defendant's actions will continue to damage Plaintiff and public, leaving Plaintiff with no adequate remedy at law.

53. By reason of the foregoing, Plaintiff is entitled to injunctive relief against Defendant in order to restrain further acts of unfair competition and trademark infringement by Defendant.

54. Plaintiff is also entitled to recover damages resulting from Defendant's unfair competition and trademark infringement.

## **Prayer for Relief**

WHEREFORE, Plaintiff respectfully requests judgment by this Court for Plaintiff and against Defendant as follows:

A. Preliminarily and permanently enjoining Defendant, its agents, representatives, employees, assigns, and all persons acting in concert or privity with it, from using Plaintiff's trademarks, alone or in combination with other elements, including MONETA VENTURES, the domain name monetaventures.com, or any other name or mark or domain name that is likely to cause confusion, to cause mistake or to deceive with respect to Plaintiff's Marks or from otherwise infringing or harming the business reputation of Plaintiff and/or its Marks, or from competing unfairly with Plaintiff;

B. Awarding Plaintiff statutory damages under 15 U.S.C. § 1117(d);

C. Awarding Plaintiff its damages and Defendant's profits derived by reason of the unlawful acts complained of herein as provided by law;

D. Awarding Plaintiff treble damages as provided under 15 U.S.C. § 1117;

E. Awarding Plaintiff its reasonable attorney fees, prejudgment interest, and costs of this action as provided by law;

F. Entering such other and further relief to Plaintiff that the Court deems just and proper.

## JURY DEMAND

Moneta Group asserts its right to and demands a trial by jury pursuant to Fed. R. Civ. P. 38.

Dated: December 20, 2016

By: /s/ *Daniel Sakaguchi*
    Daniel Sakaguchi

Daniel Sakaguchi (CA Bar No. 222722)
ARMSTRONG TEASDALE LLP

Attorney for Plaintiff
MONETA GROUP, LLC

PLAINTIFF MONETA GROUP LLC'S COMPLAINT — - 8 -